## UNITED STATES of America, Plaintiff–Appellee,

v.

## Eric Jerome PARKER, a.k.a. E.P., Defendant–Appellant.

### No. 12–14662
### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 28, 2013.

Sandra J. Stewart, George L. Beck, Jr., U.S. Attorney, Gray M. Borden, Verne H. Speirs, U.S. Attorney's Office, Montgomery, AL, for Plaintiff–Appellee.

Eric Jerome Parker, Yazoo City, MS, pro se.

Before MARCUS, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

J. Carlton Taylor, counsel for Eric Jerome Parker in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Parker's convictions and sentences, are **AFFIRMED.** All remaining motions are **DENIED AS MOOT.**